THE STATE OF OHIO, APPELLANT, *v.* HECKER, APPELLEE.

[Cite as *State v. Hecker* (1992), 65 Ohio St.3d 315.]

(No. 92–1697—Submitted November 10, 1992—Decided December 14, 1992.)

*Howard E. Hall,* Prosecuting Attorney, for appellant.

*David L. Remy,* for appellee.

*Donald W. White,* Prosecuting Attorney, and *David H. Hoffmann,* Assistant Prosecuting Attorney, urging reversal for *amicus curiae,* Ohio Prosecuting Attorneys Association.

The motion for leave to appeal is allowed and the cause is reversed on authority of *State v. Dever* (1992), 64 Ohio St.3d 401, 596 N.E.2d 436.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.